**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BAOQUN REN,

Petitioner,

v.

WARDEN, Desert View Facility, *et al.*,

Respondents.

Case No. 5:26-cv-05081-MWC-RAO

ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS

On September 2, 2026, Petitioner Baoqun Ren (A#246-072-580), a noncitizen in immigration custody at the Desert View Facility in Adelanto, California and represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. 2241. Dkt. No. 1 ("Pet."). Petitioner seeks his immediate release on the grounds that Immigration and Customs Enforcement violated his due process and statutory rights by unlawfully detaining him without first providing constitutionally or statutorily adequate procedures.

On September 3, 2026, the Court issued a Notice of General Order 26-05 and Briefing Schedule that requires Respondents to file an Answer to the Petition by no later than seven days from the date of the Notice. Dkt. No. 5. To date, Respondents have not filed an answer or otherwise communicated with the Court. On September

12, 2026, Petitioner filed a Reply noting Respondents' failure to file an answer and asking the Court to order his immediate release. Dkt. No. 8. In light of the absence of an Answer, the Court deems the Petition unopposed.

For the reasons set forth below, the Petition is GRANTED, and Respondents are ORDERED to release Petitioner immediately under the same conditions he was subject to before his current detention.

Petitioner is a citizen of the People's Republic of China who entered the United States on or about December 10, 2022. Pet. at 1, 6. He was released on parole by the Department of Homeland Security in December 2022, after a determination that he was neither a flight risk nor a danger to the community. *Id*. at 2. Following his parole, Petitioner filed an application for asylum which remains pending. *Id*. at 6. In the almost four years since being released on parole, Petitioner has made good-faith efforts to comply with his reporting requirements, has worked to support himself, paid taxes, attended church, studied English at a local college, and lived peacefully in this country. *Id*. He has no criminal record. *Id*. Petitioner was arrested on August 27, 2026, without being provided with a pre-arrest hearing to determine whether his detention is justified.

Petitioner has a protected due process interest in being released, as he has lived in this country for almost four years seemingly building a life and establishing community ties. *See Zadvydas v. Davis*, 533 U.S. 678, 679 (2001) ("[T]he Due Process Clause applies to all persons within the United States, including [noncitizens], whether their presence is lawful, unlawful, temporary, or permanent."); *see also Pinchi v. Noem*, 792 F. Supp. 3d 1025, 1033 (N.D. Cal. 2025) (petitioner has substantial private interest in remaining in her home, continuing her employment and maintaining her community ties). Because Respondents elected not to respond to the Petition, the record is devoid of any evidence or argument of a significant government interest in detaining Petitioner. Thus, it is uncontroverted

that Petitioner has a significant due process interest in being released, he has complied with the terms of his parole, has no criminal history, and poses no apparent risk of flight or danger to the community. Considering these circumstances and Respondents' non-opposition, the Court concludes Petitioner's immediate release is warranted.

Accordingly, the Court GRANTS the Petition and ORDERS Respondents to release Petitioner Baoqun Ren (A#246-072-580) from immigration custody immediately. It is further ORDERED that Petitioner shall be returned to the same release conditions in place prior to his current detention. Respondents shall file a "Notice of Release" within three days of the entry of this Order. Additionally, Respondents are ENJOINED from re-detaining Petitioner absent strict compliance with the requirements of due process and all applicable statutes and regulations.

DATED: September 15, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE