JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BAOQUN REN,

Petitioner,

v.

WARDEN, Desert View Facility, et al.,

Respondents.

Case No. CV 5:26-05081-MWC-RAO

JUDGMENT

Pursuant to the Order Granting Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: September 15, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE